IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:22CR303-2 |
| | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF |
| | : | HABEAS CORPUS AD |
| RAHAIN ANTOINE DERIGGS | : | PROSEQUENDUM |

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that RAHAIN ANTOINE DERIGGS, now in the custody of the Davidson County Jail, Lexington, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with a violation of Title 21, United States Code, Section 846, drug conspiracy; a violation of Title 21, United States Code, Section 841(a)(1), distribution of cocaine hydrochloride; and a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), possession of firearms in furtherance of a drug trafficking crime.

It does not appear that the said RAHAIN ANTOINE DERIGGS will be released from custody in time to appear for arraignment at the December 2022 term of Court to be held in this District.

1

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said RAHAIN ANTOINE DERIGGS before the United States District Court, United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on December 22, 2022, at 2:30 p.m., for the purpose of arraignment in the case of the <u>United States of America v. Rahain Antoine Deriggs</u>, 1:22CR303-2, on that day or as soon thereafter as the Court may hear the same.

This the 15th day of December, 2022.

> Respectfully submitted,
>
> SANDRA J. HAIRSTON
> United States Attorney
>
>
> /S/ RANDALL S. GALYON
> First Assistant United States Attorney
> NCSB #23119
> United States Attorney's Office
> Middle District of North Carolina
> 101 S. Edgeworth St.
> Fourth Floor
> Greensboro, NC  27401
> Phone:  336/33-5351