IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:22cr303-2 |
| ) | |
| RAHAIN ANTOINE DERIGGS ) | |

**ORDER**

The defendant having demonstrated eligibility for appointment of counsel at government expense, Assistant Federal Public Defender Lisa S. Costner is directed to provide representation in this action as of December 16, 2022.

                                            /s/ L. Patrick Auld
                                              **L. Patrick Auld**
                                    **United States Magistrate Judge**

Date: December 22, 2022