AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RAHAIN ANTOINE DERIGGS | ) Case No. 1:22CR303-2 | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FID: 11482113


FILED DEC 27 2022 IN THIS OFFICE Clerk U.S. District Court Greensboro NC By

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RAHAIN ANTOINE DERIGGS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute cocaine hydrochloride in violation of 21:846 and 841(b)(1)(A)
Distribute 500 grams or more of cocaine hydrochloride in violation of 21:841(a)(1) and (b)(1)(B)
Possess firearms in furtherance of a drug trafficking crime in violation of 18:924(c)(1)(A)(i)

***The United States Attorney requests a detention hearing***

Date: 09/27/2022

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 27 SEP 2022, and the person was arrested on *(date)* 22 DEC 2022
at *(city and state)* Greensboro, NC

Date: 22 DEC 2022

RECEIVED
U.S. MARSHALS SERVICE
Sep 27 2022
MIDDLE DISTRICT OF N.C.
GREENSBORO

M.P.
*Arresting officer's signature*

Brownsvc, M   Dusn
*Printed name and title*

RFB 003.008