# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

     v.                                              Case Number: 1:22CR303-2

RAHAIN ANTOINE DERIGGS, II

# NOTICE OF RESCHEDULING

**Take notice** that the above-entitled cases set for an **in-person Sentencing Hearing** on September 12, 2023, at 02:00 p.m. **has been rescheduled to October 19, 2023, at 11:00 a.m.** in Winston-Salem, N.C., Courtroom No. 4.

_____

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk

Date:   August 24, 2023

To:     U.S. Attorney
           U.S. Marshal
           Sean M. Olson