IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:22CR303-2 |
| | : | |
| v. | : | |
| | : | WRIT OF HABEAS CORPUS |
| RAHAIN ANTOINE DERIGGS | : | AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES:

To: Any United States Marshal

To: Sheriff
     Davidson County Jail
     Lexington, NC

GREETINGS:

We command that you have the body of RAHAIN ANTOINE DERIGGS, now held in custody at the Davidson County Jail, Lexington, North Carolina, as it is said, under safe and secure conduct before the Judge of the United States District Court for the Middle District of North Carolina at the United States Courthouse, 251 North Main Street, Winston-Salem, North Carolina, on October 19, 2023, at 11:00 a.m., for sentencing in the case of the United States of America v. Rahain Antoine Deriggs, 1:22CR303-2.

This Writ shall remain in effect until such time as RAHAIN ANTOINE DERIGGS appears before the United States District Court for the Middle District of North Carolina.

WITNESS, the Honorable Magistrate Judge of the United States District Court for the Middle District of North Carolina, at Greensboro, and the seal of this Court.

This the 6th day of October, 2023.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**
